UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

DANIEL and DEBORAH EVERTSZ,                                    No. 12-11858

                                        Debtor(s).
_____/

Memorandum
_____

       The court has reviewed the debtors' plan and finds that it meets the requirements of the Bankruptcy Code for confirmation. Counsel for the debtors may submit an appropriate form of order approved as to form by counsel for all creditors who filed objections.

Dated: April 27, 2013

Alan Jaroslovsky
Chief Bankruptcy Judge